```
 1  BRENDA MOODY WHINERY (#010677)
    United States Trustee
 2  District of Arizona

 3  CHRISTOPHER J. PATTOCK (#09797)
    Attorney Advisor
 4  Post Office Box 36170
    Phoenix, Arizona  85067-6170
 5  (602) 640-2100
```

                    UNITED STATES BANKRUPTCY COURT

                          DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MICROAGE, INC., a Delaware | ) | Case Nos. B-00-03833, 00-03840 |
| corporation, et al., | ) | through B-00-03850-ECF-CGC |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | APPOINTMENT OF OFFICIAL |
| | ) | JOINT COMMITTEE OF |
| Debtors. | ) | UNSECURED CREDITORS |

Pursuant to 11 U.S.C. §§ 1102(a) and 1102(b)(1), the following creditors of the above-captioned debtors, being among those holding the largest unsecured claims and who are willing to serve, are appointed to the joint committee of unsecured creditors:

1. Microsoft Corporation
   Attn: Robert G. Deschamps
   One Microsoft Way - Samm-C/2232
   Redmond, WA  98052-6399
   (425) 936-9569

2. Panasonic Personal Computer Company
   Attn: William Phillips
   One Panasonic Way, M/S 2FS
   Secaucus, NJ  07094
   (201) 392-6154

3. Cabletron Systems, Inc.
   Attn: Lesley Ann Hume
   35 Industrial Way
   Rochester, NH  03867
   (603) 337-3366

4. GE Access
   Attn: Darrell M. Daley
   1426 Pearl Street
   Boulder, CO  80302
   (303) 546-1300

| | | |
|---|---|---|
| 1 | 5. | Lucent Technologies Inc.<br>Attn: Sara L. McCaw |
| 2 | | 21420 N. 56th Avenue<br>Glendale, AZ  85308 |
| 3 | | (602) 287-2511 |
| 4 | 6. | Xerox Corp.<br>Attn: Barbara Kirby |
| 5 | | P. O. Box 660516<br>Dallas, TX  75266-9937 |
| 6 | | (972) 420-5111 |
| 7 | 7. | InFocus, Systems, Inc.<br>Attn: Robert Tsutsumi |
| 8 | | 27700B SW Parkway<br>Wilsonville, OR  97070-9215 |
| 9 | | (503) 685-8764 |
| 10 | 8. | Hewlett-Packard Company<br>Attn: Anne Kennelly |
| 11 | | 3000 Hanover Street, M/S 20 BO<br>Palo Alto, CA  94304 |
| 12 | | (650) 857-6902 |
| 13 | 9. | Profitmax LLC<br>Attn: Timothy P. Fargo |
| 14 | | 12139 E. Altadena Drive<br>Scottsdale, AZ  85259 |
| 15 | | (480) 314-9060 |

Respectfully submitted,

BRENDA MOODY WHINERY
United States Trustee
District of Arizona

Dated: April _____, 2000.

_____
CHRISTOPHER J. PATTOCK
Attorney Advisor

Copies of the foregoing mailed to the creditors appointed as listed above, and the following this _____ day of April, 2000:

Donald L. Gaffney
Snell & Wilmer L.L.P.
One Arizona Center
Phoenix, AZ  85004-2202
Attorney for Debtors

- 2 -