```
 1  BRENDA MOODY WHINERY (#010677)
    United States Trustee
 2  District of Arizona

 3  CHRISTOPHER J. PATTOCK (#09797)
    Attorney Advisor
 4  Post Office Box 36170
    Phoenix, Arizona  85067-6170
 5  (602) 640-2100
```

                  UNITED STATES BANKRUPTCY COURT

                          DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MICROAGE, INC., a Delaware corporation, et al., | ) ) ) ) | Case Nos. B-00-03833, 00-03840 through B-00-03850-ECF-CGC (Jointly Administered) |
| | ) | AMENDED APPOINTMENT OF |
| | ) | OFFICIAL JOINT COMMITTEE |
| Debtors. | ) | OF UNSECURED CREDITORS |

        On April 26, 2000, the United States Trustee appointed a committee of unsecured creditors in the above captioned matter. At this time, the United States Trustee hereby amends the list of creditors appointed to the committee of unsecured creditors as follows:

        1.  Microsoft Corporation
           Attn:  Robert G. Deschamps
           One Microsoft Way - Samm-C/2232
           Redmond, WA  98052-6399
           (425) 936-9569

        2.  Panasonic Personal Computer Company
           Attn:  William Phillips
           One Panasonic Way, M/S 2FS
           Secaucus, NJ  07094
           (201) 392-6154

        3.  Cabletron Systems, Inc.
           Attn:  Lesley Ann Hume
           35 Industrial Way
           Rochester, NH  03867
           (603) 337-3366

. . .

| | | |
|---|---|---|
| 1 | 4. | GE Access<br>Attn: Darrell M. Daley |
| 2 | | 1426 Pearl Street<br>Boulder, CO 80302 |
| 3 | | (303) 546-1300 |
| 4 | 5. | Lucent Technologies Inc.<br>Attn: Sara L. McCaw |
| 5 | | 21420 N. 56th Avenue<br>Glendale, AZ 85308 |
| 6 | | (602) 287-2511 |
| 7 | 6. | Xerox Corp.<br>Attn: Barbara Kirby |
| 8 | | P. O. Box 660516<br>Dallas, TX 75266-9937 |
| 9 | | (972) 420-5111 |
| 10 | 7. | InFocus, Systems, Inc.<br>Attn: Robert Tsutsumi |
| 11 | | 27700B SW Parkway<br>Wilsonville, OR 97070-9215 |
| 12 | | (503) 685-8764 |
| 13 | 8. | Hewlett-Packard Company<br>Attn: Anne Kennelly |
| 14 | | 3000 Hanover Street, M/S 20 BO<br>Palo Alto, CA 94304 |
| 15 | | (650) 857-6902 |
| 16 | 9. | Profitmax LLC<br>Attn: Timothy P. Fargo |
| 17 | | 12139 E. Altadena Drive<br>Scottsdale, AZ 85259 |
| 18 | | (480) 314-9060 |
| 19 | *10. | Dell Marketing L.P.<br>Attn: Michael Keller |
| 20 | | One Dell Way<br>Round Rock, TX 78682 |
| 21 | | (512) 728-4610 |
| 22 | *11. | Lexmark International, Inc.<br>Attn: Kevin Sarkisian |
| 23 | | 740 New Circle Road<br>Lexington, KY 40550 |
| 24 | | (859) 232-4606 |

. . .

```
 1  *Added to committee.

 2                                          Respectfully submitted,

 3                                          BRENDA MOODY WHINERY
                                            United States Trustee
 4                                          District of Arizona

 5
    Dated:    May _____, 2000.           _____
 6                                          CHRISTOPHER J. PATTOCK
                                            Attorney Advisor
 7

 8  Copies of the foregoing mailed to
    the creditors appointed as listed
 9  above, and the following this
    _____ day of May, 2000:
10
    Donald L. Gaffney
11  Snell & Wilmer L.L.P.
    One Arizona Center
12  Phoenix, AZ  85004-2202
    Attorney for Debtors
13
    Susan Freeman
14  Lewis and Roca LLP
    40 N. Central Avenue
15  Phoenix, AZ 85004-4429

16  _____

17

...

28                              - 3 -
```