```
 1  BRENDA MOODY WHINERY (#010677)
    United States Trustee
 2  District of Arizona

 3  CHRISTOPHER J. PATTOCK (#009797)
    Trial Attorney
 4  Post Office Box 36170
    Phoenix, Arizona  85067-6170
 5  (602) 640-2100
```

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In re: | ) | Chapter 11 |
|---|---|---|
| | ) | |
| MICROAGE, INC., a Delaware corporation, et al., | ) ) ) | Nos. B-00-03833, 00-03840 through B-00-03850-ECF-CGC, and B-00-00-10615-ECF-CGC |
| | ) | |
| | ) ) ) ) | DESIGNATION OF EXISTING OFFICIAL JOINT COMMITTEE OF UNSECURED CREDITORS TO SERVE AS COMMITTEE FOR |
| Debtor. | ) | MICROAGE TELESERVICES, LLC |

On April 26, 2000 an official joint committee of unsecured creditors was appointed in the existing jointly administered cases, ECAdvantage, Inc., et al., case numbers B-00-03833-ECF-CGC, B-00-03840-ECF-CGC through B-00-03850-ECF-CGC, to represent all unsecured creditors in said cases. *See* docket number 69. On September 29, 2000 Microage Teleservices, L.L.C. filed a chapter 11 petition, case number B-00-10615-ECF-CGC, and by Order of this Court on October 6, 2000 said case was jointly administered with the aforesaid existing jointly administered cases.

Although solicitation letters were sent by facsimile and/or mailed on October 3, 2000 to the eligible unsecured creditors listed on the List of Twenty Largest Unsecured Creditors for Microage Teleservices, L.L.C., with responses due by October 10, 2000, to date no responses requesting membership on a committee have been received by the United States Trustee.

```
 1        WHEREFORE, the existing official joint committee of unsecured
 2   creditors in ECAdvantage, Inc., et al., case numbers B-00-03833-ECF-CGC,
 3   B-00-03840-ECF-CGC through B-00-03850-ECF-CGC, is also designated to act
 4   on behalf of the interests of the unsecured creditors in Microage
 5   Teleservices, L.L.C., case number B-00-10615-ECF-CGC.
```

                                            Respectfully submitted,

                                            BRENDA MOODY WHINERY
                                            United States Trustee
                                            District of Arizona

Dated:    October 12, 2000.                      _____
                                            CHRISTOPHER J. PATTOCK
                                            Trial Attorney

Copies of the foregoing mailed this
12th day of October, 2000, to:

Donald L. Gaffney
Snell & Wilmer, LLP
One Arizona Center
Phoenix, AZ 85004-2202
Co-Counsel for Debtor

Oscar Garza
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 47th Floor
New York, NY 10166-0193
Co-Counsel for Debtor

Susan M. Freeman
Lewis and Roca LLP
40 N. Central Avenue
Phoenix, AZ 85004-4429
Co-Counsel for Unsecured
 Creditors' Committee

Irene Goldstein
LeBoeuf, Lamb, Green & MacRae, LLP
125 W. 55th Street
New York, NY 10019-5389
Co-Counsel for Unsecured
 Creditors' Committee

_____

- 2 -