```
 1  BRENDA MOODY WHINERY (#010677)
    United States Trustee
 2  District of Arizona

 3  CHRISTOPHER J. PATTOCK (#009797)
    Attorney
 4  Post Office Box 36170
    Phoenix, Arizona  85067-6170
 5  (602) 640-2100
```

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MICROAGE, INC., a Delaware corporation, et al., | ) ) ) ) | Case No. B-00-03833, 00-03840 through 00-03850-ECF-CGC, 00-10615-ECF-CGC, and 01-03837-ECF-CGC |
| | ) ) ) ) ) ) | DESIGNATION OF EXISTING OFFICIAL JOINT COMMITTEE OF UNSECURED CREDITORS TO SERVE AS COMMITTEE FOR ELERIS, INC. |
| Debtors. | ) | |

On April 26, 2000 an official joint committee of unsecured creditors was appointed to the existing jointly administered cases, ECAdvantage, Inc. et al., case numbers B-00-03833-ECF-CGC, B-00-03840-ECF-CGC through B-00-03850-ECF-CGC, with B-00-10615-ECF-CGC added later, to represent all unsecured creditors in said cases. *See* docket numbers 69 and 762. On March 29, 2001, Eleris, Inc. filed a chapter 11 petition, case number B-01-03837-ECF-RTB, and by Order of this Court on April 3, 2001, said case was jointly administered with the aforesaid existing jointly administered cases.

Since there is an active committee in the Microage related cases, and since Eleris, Inc. has been included as part of the plan of reorganization on file, solicitation letters have not been sent to the four creditors listed on its list of creditors holding 20 largest unsecured claims (one of which is presently serving on the committee).

WHEREFORE, the existing official joint committee of unsecured creditors in ECAdvantage, Inc., et al., case numbers B-00-03833-ECF-CGC, B-00-03840-ECF-CGC through B-00-03850-ECF-CGC, and B-00-10615-ECF-CGC, is also designated to act on behalf of the interests of the unsecured creditors in Eleris, Inc., case number B-01-03837-ECF-CGC.

Respectfully submitted,

BRENDA MOODY WHINERY
United States Trustee
District of Arizona

Dated: April 6, 2001.

CHRISTOPHER J. PATTOCK
Attorney

Copies of the foregoing mailed on
the 9th day of April, 2001, to:

Donald L. Gaffney
Snell & Wilmer, LLP
One Arizona Center
Phoenix, AZ 85004-2202
Co-Counsel for Debtor

Oscar Garza
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 47th Floor
New York, NY 10166-0193
Co-Counsel for Debtor

Susan M. Freeman
Lewis & Roca LLP
40 N. Central Avenue
Phoenix, AZ 85004-4429
Co-Counsel for Unsecured
 Creditors' Committee

Irene Goldstein
LeBoeuf, Lamb, Green & MacRae, LLP
125 W. 55th Street
New York, NY 10019-5389
Co-Counsel for Unsecured
 Creditors' Committee

- 2 -